```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALFRED MILANO,                                          :
                                                        :
                              Plaintiff,                :
                                                        :
              -against-                                 :   19-CV-3357 (VEC)
                                                        :
                                                        :   ORDER
PROVIDENT LIFE & CASUALTY INSURANCE :
COMPANY, PAUL REVERE LIFE INSURANCE :
COMPANY,                                                :
                                                        :
                              Defendants.               :
-------------------------------------------------------------- :
                                                        X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Defendants have moved for summary judgment (Dkt. 40);

   IT IS HEREBY ORDERED THAT:  The parties must appear for oral argument on

Defendants' motion on **December 7, 2020 at 10:00 a.m.**  The parties should appear for the

conference by dialing 888-363-4749, using the access code 3121171, and the security code 3357.


**SO ORDERED.**

Date:  November 20, 2020                            _____
       New York, New York                              **VALERIE CAPRONI**
                                                       **United States District Judge**