UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALFRED MILANO,

                Plaintiff,                19 **CIVIL** 3357 (VEC)

      -against-                    **JUDGMENT**

PROVIDENT LIFE & CASUALTY INSURANCE
COMPANY and PAUL REVERE LIFE
INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated December 16, 2020, For the foregoing reasons, the Court concludes that Plaintiff is not disabled under the terms of Defendants' policies and is therefore not entitled to disability benefits. Accordingly, this case is DISMISSED.

**Dated:**  New York, New York
         December 17, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                  Clerk of Court
                            **BY:**
                                                  _____
                                                    Deputy Clerk